# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131881

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JASON C. SPROUL,
      Plaintiff-Appellant,

v

RYAN JENKINS,
      Defendant,

and

MICHAEL H. FULLER, and
MISAN CORPORATION, d/b/a
SILVER CITY II CAMPGROUND,
      Defendants-Appellees.

SC: 131881
COA: 267490
Oceana CC: 05-005080-NO

_____/

      On order of the Court, the application for leave to appeal the July 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

11120